**In the Matter of the Extradition of Charles E. MITCHELL.**

**No. 49006.**

Jan. 11, 1968.

Writ refused. There appears no error of law in the ruling complained of.

205 So.2d 441

**STATE of Louisiana ex rel. Mrs. Shirley Jean Leger CLARK and Walter Clark, Jr., Applying For Writ of Habeas Corpus.**

**No. 49047.**

Jan. 17, 1968.

Writ refused. Applicants have an adequate remedy by appeal.

205 So.2d 442

**STATE of Louisiana ex rel. Joseph A. BARRECA**

**v.**

**Henry J. ENGLER, Jr., Chairman Orleans Parish Democratic Executive Committee, et al.**

**No. 48985.**

Nov. 20, 1967.

Writ refused. The result is correct.

205 So.2d 442

**Charles L. VINING, Jr.**

**v.**

**The DEMOCRATIC EXECUTIVE COMMITTEE FOR the 32ND REPRESENTATIVE DISTRICT, its individual members, and the Honorable Wade O. Martin, Jr., Secretary of State.**

**No. 48993.**

Dec. 8, 1967.

Writ refused. We find no error of law in the judgment of the Court of Appeal.